FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT COUNTY HOSPITAL DIST. NO. 1 d/b/a SAMARITAN HOSPITAL, a Washington Municipality, JULIE WEISENBURG, individually and as an agent of GRANT COUNTY HOSPITAL DIST. NO. 1 d/b/a SAMARITAN HOSPITAL, and JULIE WEISENBURG and JOHN DOE WEISENBURG, the marital community thereof. Defendants.,<br><br>    Defendants. | No. 2:21-CV-00285-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is Plaintiff's Motion for Voluntary Dismissal, ECF No. 4. The motion was heard without oral argument. Plaintiff is represented by Ryan Best, Michael Merkelbach, and Jacob Mark.

    Plaintiff moves to voluntarily dismiss all claims against Defendants in this matter. Defendants have not filed an Answer.

//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Voluntary Dismissal, ECF No. 4, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1), all claims in the above-captioned matter are **dismissed**, **without prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 5th day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**